986 F.2d 1421w
 NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
 LOCAL UNION NO 1812, UNITED MINE WORKERS OF AMERICA;
District 17, United Mine Workers of America; International
Union, United Mine Workers of America; Fred Davis; James
Tucker; and Connie Bryant, Plaintiffs-Appellants,
v.
BETHENERGY MINES, INC.; Rob Fork Mining Corporation; Rob
Fork Processing Corporation; Jackal Mining Company;
Sidewinder Mining Company; Mine 21 Corporation; Mine 25
Corporation; Mine 26 Corporation; Mine 26 Processing
Corporation; American Elkhorn Coal Company, Inc.; Quaker
Coal Company, Inc. Branham & Baker Coal Company, Inc.;
Damron Coal Corporation; Donn Chicerking, Individually and
as Owner, Officer, and/or Director of Mine 21 Corporation,
Mine 25 Corporation, Mine 26 Corporation, Mine 26 Processing
Corporation, Rob Fork Mining Corporation, Rob Fork
Processing Corporation, Quaker Coal Company, Inc., Branham &
Baker Coal Company, Inc., and Damron Coal Company; K.T.K.
Mining and Construction Company; Kiah Creed Mining Company;
Todd Kiscaden, Individually and as Owner, Officer and
Director of Jackal Mining Company, Sidewinder Mining
Company, Kiah Creek Mining Company, and K.T.K. Mining and
Construction Company;
Johnny Shumate, doing business as Mounting Engineering,
Inc.; Keith Vanhooser, Individually and as Owner,
Officer and/or Director of Sidewinder
Mining Company, Defendants-Appellees.
 
 1
 No. 92-5064.
 
 
 2
 United States Court of Appeals, Sixth Circuit.
 
 
 3
 Feb. 17, 1993.
 
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION